IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DANIEL MONTES,

    Plaintiff,

v.                                                                          Civil Action No.  3:12-CV-1999-M-BK

AMERICAN HOSPITAL ASSOCIATION,
APPLIED MEASUREMENTS
PROFESSIONALS, and H&R BLOCK
PREMIUM,

    Defendants.

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case.  Plaintiff filed objections on December 18, 2012, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made.  The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 20th day of December, 2012.


*(signature)*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS